JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RANDY J. P.,

                Plaintiff,

         v.

FRANK BISIGNANO,
Commissioner of Social Security,

               Defendant.

NO. SACV 24-01560-AGR

**JUDGMENT**

    In accordance with the Opinion and Order filed concurrently herewith, IT IS HEREBY ADJUDGED that Judgment is entered for Plaintiff.  The decision of the Commissioner is reversed and this matter is remanded for (1) calculation of disability insurance benefits for a closed period of disability during the period April 5, 2020 through May 28, 2021; and (2) further proceedings for the period beginning June 1, 2022 regarding Plaintiff's heart conditions.

DATED: August 5, 2025

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE