UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JAY PRESSLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 8:24-cv-01560-AGR<br><br>ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $9,857 as authorized by 28 U.S.C.§ 2412 be awarded subject to the terms of the Stipulation.

DATE: September 18, 2025

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE